948

No. 831, Misc. DeLucia *v.* Yeager, Warden. Supreme Court of New Jersey. Certiorari denied.

No. 837, Misc. Hill *v.* Beto, Corrections Director. Court of Criminal Appeals of Texas. Certiorari denied.

No. 845, Misc. Otto *v.* Somers, Mayor of the City of Dayton, Ohio, et al. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Joseph P. Duffy* for respondents.

No. 846, Misc. Carafas et vir *v.* New York. Court of Appeals of New York. Certiorari denied.

No. 847, Misc. Hawkins *v.* Maryland. Court of Appeals of Maryland. Certiorari denied.

No. 851, Misc. Smith *v.* New York. Court of Appeals of New York. Certiorari denied.

No. 861, Misc. Doty *v.* Johnson, Wright County District Court Clerk. Supreme Court of Iowa. Certiorari denied.

No. 868, Misc. Brengettsy *v.* Illinois. Supreme Court of Illinois. Certiorari denied. *Edward Brodkey* for petitioner.

No. 875, Misc. Beckett *v.* Boles, Warden. Supreme Court of Appeals of West Virginia. Certiorari denied.